IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1296 |
| EMCOR SERVICES MIDWEST, INC., a Delaware corporation, | ) ) ) ) | JUDGE WILLIAM T. HART |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Illinois Corporation Service Corp., Registered Agent        Mr. Ralph Pfiefer, President
        Emcor Services Midwest, Inc.                                             Emcor Services Midwest, Inc.
        801 Adlai Stevenson Drive                                                 960 Industrial Drive
        Springfield, IL  62703-4261                                                Elmhurst, IL 60126

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com
I:\265J\Emcor Services\notice of voluntary dismissal.jdg.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of March 2008:

      Illinois Corporation Service Corp., Registered Agent
      Emcor Services Midwest, Inc.
      801 Adlai Stevenson Drive
      Springfield, IL   62703-4261

      Mr. Ralph Pfiefer, President
      Emcor Services Midwest, Inc.
      960 Industrial Drive
      Elmhurst, IL 60126

      /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Emcor Services\notice of voluntary dismissal.jdg.df.wpd