## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1296 | **DATE** | 3/7/2008 |
| **CASE TITLE** | Sheet Metal Workers Local 265 Welfare Fund, et al. V. Emcor Services Midwest, Inc. | | |

**DOCKET ENTRY TEXT**

This case is voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1)(i).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|